# FAX COVER

**NEWMAN & LICKSTEIN**
ATTORNEYS & COUNSELORS AT LAW
235 East Water Street
Syracuse, New York 13202
Tel.: 315-422-1172
Fax: 315-422-1400

## TRANSMITTAL COVER SHEET

DATE: 4-27-12                TO FAX NUMBER: 518-514-1241

FROM: Scott                  DELIVER TO: Tony Pietrafesa

NO. OF PAGES: 2              HARD COPY TO FOLLOW: YES __ NO ✓

RE: _____

Comments:

IF YOU DO NOT RECEIVE THE CORRECT NUMBER OF PAGES INTENDED IN THIS TRANSMITTAL, PLEASE CALL SENDER AT 315-422-1172.

("This facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.")

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

Kristi Melchior, formerly known as Kristi Metz,

　　　　　　　　　　Plaintiff

Vs.

Simon's Agency, Inc.

　　　　　　　　　　Defendant

**STIPULATION**
5:12-cv-0389(DNH/DEP)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the defendant's time to answer or otherwise respond to the complaint be extended until May 8, 2012.

DATED:　4/27/12

_[signature]_

ANTHONY J. PIETRAFESA ESQ (102368)
Attorney for the Plaintiff
210 Bell Court
Schenectady NY 12303
518.218.0851

_[signature]_

NEWMAN & LICKSTEIN
BY:
Attorneys for the Defendant
235 E Water Street
Syracuse NY 13202
315-422-1172